UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

NALIA MUHAMMAD,

                    Plaintiff,                              26-cv-464 (JGK)

         - against -                                        <u>Order</u>

TRANSUNION, LLC, ET AL.,

                    Defendants.

---

John G. Koeltl, District Judge:

    The parties are directed to submit a Rule 26(f) report by **May 28, 2026.**

SO ORDERED.

Dated:    New York, New York
           May 13, 2026

                                     John G. Koeltl
                              United States District Judge