UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
NALIA MUHAMMAD,

                          Plaintiff(s)                                                    26 civ 464 (JGK)

          -against-

EQUIFAX INFORMATION SERVICES, LLC,
                          Defendant(s).
-------------------------------------------------------------X

### ORDER

The conference scheduled for Wednesday, May 27, 2026, at 4:30pm, is canceled.

**SO ORDERED.**

_____
**JOHN G. KOELTL**
**UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
          May 20, 2026