**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------- X

NALIA MUHAMMAD,

                            Plaintiff,

                    v.

EQUIFAX INFORMATION SERVICES, LLC, and
EXPERIAN INFORMATION SOLUTIONS, INC.,

                        Defendants.

Case No. 1:26-cv-00464-JGK

------------------------------------------------------------------------- X

**NOTICE OF APPEARANCE OF DANIT MAOR**

PLEASE TAKE NOTICE that Danit Maor, an attorney with the law firm of Goodwin

Procter LLP, duly admitted to the Bar of this Court, hereby appears as counsel for Defendant

Experian Information Solutions, Inc. in the above-captioned matter.

Dated: May 27, 2026

                                           Respectfully submitted,

                                           */s/ Danit Maor*
                                           Danit Maor
                                           **GOODWIN PROCTER LLP**
                                           The New York Times Building
                                           620 Eighth Avenue
                                           New York, NY 10018-1405
                                           Tel.: (212) 813-8800
                                           Fax: (212) 355-3333
                                           Email: DMaor@goodwinlaw.com

                                           *Attorney for Defendant Experian*
                                           *Information Solutions, Inc.*

**CERTIFICATE OF SERVICE**

I, Danit Maor, hereby certify that on May 27, 2026, I caused the foregoing Notice of Appearance to be filed with the Clerk of the Court and served upon all counsel of record via the Court's CM/ECF system.

May 27, 2026                                                                  */s/ Danit Maor*
                                                                             Danit Maor