UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MUHAMMAD,

                    Plaintiff,

          -v-

TRANS UNION, LLC ET AL,

                    Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  6/2/2026

**ORDER**

26-CV-464 (JGK)

**HENRY J. RICARDO, United States Magistrate Judge.**

By an Order of Reference dated May 29, 2026, this case was referred to the undersigned for settlement.  ECF No. 32.

A conference is scheduled on **June 17, 2026,** at **3:00 p.m.** by telephone to discuss settlement procedures and scheduling a future settlement conference. Counsel should contact chambers using the Court's conference line, +1 646-453-4442 (Conference ID: 901 204 070#).

The parties are also directed to review the "Procedures for All Cases Referred for Settlement to Magistrate Judge Henry J. Ricardo," available at

https://nysd.uscourts.gov/hon-henry-j-ricardo.

**SO ORDERED.**

Dated: June 2, 2026
          New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge