**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| NALIA MUHAMMAD, <br><br> Plaintiff, <br><br> v. <br><br> TRANS UNION, LLC; EQUIFAX INFORMATION SERVICES, LLC; and EXPERIAN INFORMATION SOLUTIONS, INC. <br><br> Defendants. | Case No. 1:26-cv-00464 <br><br> **MOTION TO WITHDRAW** <br> **AS COUNSEL** |

Patrick L. Wright of Jones Day, counsel of record for Defendant Experian Information Solutions, Inc. ("Experian"), respectfully moves this Court for an Order permitting him to withdraw as counsel for Experian in the above-captioned action. In support of this Motion, undersigned counsel states as follows:

1.  On April 28, 2026, Patrick L. Wright filed a Notice of Appearance in this matter as counsel for Defendant Experian Information Solutions, Inc.  *See* ECF No. 21.

2.  Counsel's office address is Jones Day, 250 Vesey Street, New York, NY 10281; telephone: (212) 326-3610; email: pwright@jonesday.com.

3.  Experian has referred this case to a different law firm, who has appeared in this case. *See* ECF No. 29.  Accordingly, good cause exists for this withdrawal, and the withdrawal can be accomplished without material adverse effect on the interests of Experian.

4.  Counsel has notified Experian Information Solutions, Inc. of this Motion and Experian has already retained substitute counsel.

5. No pending motions, hearings, or deadlines are immediately scheduled in this matter that would be prejudiced by the granting of this Motion.

6. Granting this Motion will not cause undue delay or otherwise prejudice any party to this action.

7. This Motion is made in accordance with Local Civil Rule 1.4 of the United States District Court for the Southern District of New York.

**WHEREFORE**, undersigned counsel respectfully requests that this Court enter an Order granting leave to withdraw as counsel for Experian and directing the Clerk of Court to update the docket accordingly.

Dated: June 3, 2026

Respectfully submitted,

*/s/ Patrick L. Wright*
Patrick L. Wright
JONES DAY
250 Vesey Street
New York, NY 10281
Telephone: (212) 326-3610
Email: pwright@jonesday.com

*Counsel for Defendant, Experian Information Solutions, Inc.*

2

**CERTIFICATE OF SERVICE**

I, Patrick L. Wright, certify that on June 3, 2026, I caused the foregoing Motion to Withdraw as Counsel to be filed with the Clerk of the Court and served upon all counsel of record via the Court's CM/ECF system.

*/s/ Patrick L. Wright*
Patrick L. Wright

**CERTIFICATE OF NOTIFICATION TO CLIENT**

I, Patrick L. Wright, certify that I have notified Experian Information Solutions, Inc. of this Motion to Withdraw as Counsel by delivering a copy of this Motion to the client electronically via e-mail.

*/s/ Patrick L. Wright*
Patrick L. Wright

3