## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

NALIA MUHAMMAD,

      Plaintiff,

v.

TRANS UNION, LLC; EQUIFAX
INFORMATION SERVICES, LLC; and
EXPERIAN INFORMATION SOLUTIONS,
INC.

      Defendants.

Case No. 1:26-cv-00464

**PROPOSED ORDER**

## [PROPOSED] ORDER

Upon consideration of the Motion to Withdraw as Counsel filed by Patrick L. Wright of Jones Day on behalf of Defendant Experian Information Solutions, Inc., and for good cause shown, it is hereby

**ORDERED** that the Motion to Withdraw is GRANTED, and Patrick L. Wright of Jones Day is relieved of all further responsibilities as counsel for Defendant Experian Information Solutions, Inc. in this action; and it is further

**ORDERED** that the Clerk of Court shall update the docket to reflect the withdrawal of Patrick L. Wright as counsel for Defendant Experian Information Solutions, Inc.

**SO ORDERED.**

Dated: 6/8/26

The Honorable John G. Koeltl
United States District Judge
Southern District of New York