USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: 
DATE FILED: 7/27/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NALIA MUHAMMAD,

Plaintiff,

-v-

TRANS UNION, LLC, ET AL,

Defendants.

**ORDER**

26-CV-464 (JGK)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of Plaintiff's Notices of Settlement with Equifax and Experian. ECF Nos. 37, 38. Given that Plaintiff has now reached settlements with all defendants in the case, the settlement conference scheduled for August 6, 2026 is adjourned *sine die*.

**SO ORDERED.**

Dated: July 27, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge